[No. 25763-3-I. Division One. July 25, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. THADDEUS
S. HOFFMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-03480-4, Susan R. Agid, J., entered February 16, 1990. *Affirmed* by unpublished opinion per Grosse, J.,
concurred in by Webster, C.J., and Coleman, J.

[No. 32682-1-I. Division One. July 25, 1994.]

JAMES DEPASQUALE, *Respondent*, v. LINDA
LUX-LUCARELLI, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 92-2-00262-7, David A. Nichols, J., entered
March 31, 1993. *Reversed* by unpublished opinion per Pekelis, A.C.J., concurred in by Baker and Kennedy, JJ.

[No. 32514-1-I. Division One. July 25, 1994.]

JOHN E. CASHMAN, ET AL, *Respondents*, v. THOMAS M.
FINNELLY, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-09726-7, Carol A. Schapira, J., entered
March 11, 1993. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Kennedy, J., and Forrest, J. Pro
Tem.

[No. 33973-7-I. Division One. July 25, 1994.]

*In the Matter of the Marriage of* CAROL LILLY,
*Respondent, and* JERRY LILLY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-3-02249-8, Michael Hayden, J., entered December 8, 1993. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.